UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

**Plaintiff(s):** United States of America

**Defendant(s):** Louis Jarges Akrawi

County of Residence: Maricopa

County of Residence: Pinal

County Where Claim For Relief Arose: Pinal

Plaintiff's Atty(s):

**Katherine R Branch**
**United States Attorney's Office**
**40 N. Central Ave., Sutie 1200**
**Phoenix, Arizona  85004**
**602-514-7762**

Defendant's Atty(s):

II. Basis of Jurisdiction:    **1. U.S. Government Plaintiff**

III. Citizenship of Principal Parties **(Diversity Cases Only)**

  Plaintiff:- **N/A**
  Defendant:- **3 Citizen of Foreign Country**

IV. Origin :    **1. Original Proceeding**

V. Nature of Suit:    **540 Mandamus & Other**

VI. Cause of Action:    **Injunctive relief for medical monitoring and force-feeding of detainee**

VII. Requested in Complaint

  Class Action: **No**
  Dollar Demand: **0**
  Jury Demand: **No**

VIII. This case **is not related** to another case.

**Signature:**   s/Katherine R. Branch

   **Date:**   07/07/2017

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**

**Revised: 01/2014**