UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>v.<br><br>Louis Jarges Akrawi,<br><br>            Defendant. | No. 17-cv-02192-PHX-DGC<br><br>**ORDER GRANTING DEFENDANT'S PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |

IT IS ORDERED that the Clerk of this Court issue a Writ of Habeas Corpus Ad Testificandum to Plaintiff United State and to Alejandro Almeida, Assistant Field Office Director, Phoenix Field Office, Florence Detention Center, Department of Homeland Security, Immigration and Customs Enforcement, 1100 Bowling Road, Florence, AZ 85132, to the Sandra Day O'Connor U.S. Courthouse, 401 West Washington Street, Courtroom 305, Phoenix, Arizona, on Thursday, July 13, 2017 at 9:30 a.m., to appear before United States Judge David G. Campbell for the purpose of the evidentiary hearing.

The United States is to maintain custody of Mr. Akrawi at all time and return him at the conclusion of the hearing to the Florence Detention Center.