**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
CIVIL MINUTES – TRO Hearing**

Phoenix Division

CIV 17-2192-PHX-DGC                    DATE: 7/13/2017
Year   Case No  Initials

Title: United States of America vs. Louis Jarges Adrawi
            Plaintiff                    Defendant
=========================================================
==============
HON: DAVID G. CAMPBELL

Traci C. Abraham                    Patricia Lyons
 Deputy Clerk                      Court Reporter
 APPEARANCES:

Katherine R. Branch
Attorney(s) for Plaintiff(s)
 Christopher Thomas, Carl Takei, Kathleen Brody
 Attorney(s) for Defendant(s)
=========================================================
**PROCEEDINGS:    X   Open Court       Chambers
Other**

TELEPHONIC APPEARANCES: Sambo Dul and William Peard for
defendant, defendant Louis Akrawi, witnesses Dr. Stephen
Graham and Alejandro Almeida

TRO hearing held.

Dr. Stephen Graham sworn and examined.

Louis Akrawi sworn and examined.

Court will enter a preliminary injunction for continued
medical monitoring and liquids. Order to follow.