# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Louis Jarges Akrawi,<br><br>　　　　　Defendant. | No. CV-17-02192-PHX-DGC<br><br>**ORDER** |

Pending before the Court is Plaintiff's motion to dissolve preliminary injunction and to dismiss case. Doc. 21. Defendant has not filed a response to the motion and the time to do so has passed.

**IT IS ORDERED:**

1. Plaintiff's motion to dissolve preliminary injunction and to dismiss case (Doc. 21) is **granted.**

2. The preliminary injunction entered by this Court on July 13, 2017 (Doc. 18) is **dissolved.**

3. This matter is dismissed without prejudice, each party to bear its own costs and attorneys' fees.

Dated this 7th day of November, 2017.

_____
David G. Campbell
United States District Judge